Minute Order Form (06/97)

JS-6 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 9803 | **DATE** | 6/13/2002 |
| **CASE TITLE** | National Satellite Sports, Inc. Vs. Leroy Singleton etc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. We award statutory damages of $8,950, together with fees and costs of $1,092.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JUN 1 4 2002 | 8 |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | CDY | |
| ✓ | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 02 JUN 13 PH 4:06 | date mailed notice | |
| | | FILED | mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATIONAL SATELLITE SPORTS, INC., )
)
        Plaintiff, )
)
vs. ) No. 01 C 9803
)
LEROY SINGLETON, individually and d/b/a )
SANDPIPER LOUNGE, )
)
        Defendant. )

## MEMORANDUM OPINION AND ORDER

Plaintiff has claimed that defendant showed unauthorized closed-circuit telecasts of boxing matches on three separate occasions – claims backed up by the affidavits of investigators. Defendant has not contested these claims. Plaintiff would have received $1,790 in license fees if defendant had taken licenses. We think five times those fees is an appropriate gauge for statutory damages. Defendant is not just a one-time offender, but the establishment appears to be relatively small. The number of patrons on the three occasions was seven, thirty, and six. We award statutory damages of $8,950, together with fees and costs of $1,092.

                                                                         JAMES B. MORAN
                                                  Senior Judge, U. S. District Court

June 13, 2002.